JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ZURI S.K. YOUNG, | ) | NO. CV 19-1336-AG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 30, 2019.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE